IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PATRICIA A. ROSS, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 11-02660-KHV |
| | ) | |
| SIMM ASSOCIATES, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER AND JUDGMENT OF DISMISSAL

Now, on this 7th day of March, the Court notes that Plaintiff has filed a Notice of Dismissal With Prejudice [Doc. 6].

IT IS THEREFORE ORDERED that the clerk administratively terminate this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge